IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALCIDE DOUCET,

    Petitioner,        No. 2:12-cv-0031 GEB KJN P

    vs.

G. SWARTHOUT, Warden,

    Respondent.      ORDER
_____/

    On May 15, 2012, petitioner filed a request to allow the filing of supplemental authorities due to an extended lockdown. Good cause appearing, petitioner's motion is granted; the court will consider petitioner's supplemental authorities when ruling on the petition for writ of habeas corpus.

    Accordingly, IT IS HEREBY ORDERED that petitioner's May 15, 2012 request (dkt. no. 14) is granted.

DATED: May 30, 2012

                        _____
                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE

douc0031.111